NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHELLE E. DE SOUSA, JOSE DE JESUS DE SOUSA, BRANOVATIONS, INC.,**

*Plaintiffs-Appellees*

v.

**SMART726, 77SUPERSEVENS77, AQC0888888, AUTUMN188, BAIZE_YY, BARGAIN WAREHOUSE, BEAUTYMALLUS, BEBETTY-88, BEHINDTHEPRETTY, BINGE955, BODUI290, CELLRITE727, CHUQIN-62, CLEOPATRAGOODS, CREATIVITYPARKCENTRAL, DAILY NECESSITIES STORE, DARJEA894195, FCEDFDVS, FODIMON JEWELRY, GIFTS STORE-5, GIRL_DRESSUP, GOODDEALSTAR123, HDFIUWAU, HENGSHUIFUBAISHAN_0, HSBABYHOMES, HTZA68, HUOWEIYA, JIAOQINGSHANGMAO, JIGUIKEJI, JIZHI1048, KACARYDA, LO PRYCE CLUB, LUBTFS, MIK 2024 E-COMMERCE, MILITARYCOLLECTORS2019, NHTW9944, OUKAIDE-0, OUTDOOR-HUB, SHANGHAILAIFE_0, SHENGY634, SHERRY_47, SHUNYASHOP, S'TAR STORT, SU3516271, TAKSHONLINE, TASITBLE, THELIJ83, THIVI.ONLINE, TUNSHA1525, UHQO9816, XIAOYAO02, XYMFASHIONSTORE,**

**ZHAOBENYI, ZHONGLIMAO-0, ZHONGYANG497, BUTTBIG, FATTAH, HEHEBAIHUOSHANGHANG, TRIM STORE, CHENNUO, DONGMENTAISHANG, FOSHANSHISHAALANSHANGMAO, FOSHANSHIZEZAOJIAJUYOUX, GOLDEN KOI, GUANGZHOUKUNKAI, HONGC LLC, HONGTAIBAOZHUANGFULIAO, JIANYUANWENHUA, KEWITY, LANHEXINGCHEN, LI LOONG TOYS, NANWANG CO. , LTD., NICE MAKET FOR YOU, SAOAKINY, SHOPPINGNOW CO.ITD, SZBYHTH LLCXY, SZD CO. LTD, TAIZAI TRADING CO. , LTD., VORCOY, YANG CNCT, YIJIEELECTRONIC, YULIJU, SAILING EXPEDITION, YAJINGSONGY012,**
*Defendants*

**CHUONI CO. LTD, JINGJING CO. LTD, LUOKU CO. LTD, PINGXIAO CO. LTD, SHUJIN CO. LTD,**
*Defendants-Appellants*

————————————

2026-1420

————————————

Appeal from the United States District Court for the Western District of Pennsylvania in No. 2:24-cv-01653-WSS, Judge William S. Stickman, IV.

————————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

DE SOUSA V. SMART726                                                          3

      (2) Each side shall bear their own costs.

FOR THE COURT

February 23, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 23, 2026